NOVEMBER 19, 1953

**No. 57633.**—SUIT 4784.—Terrazzo & Marble Supply Co., Inc. *v.* United States.—

-C. D. 1521. (Appeal dismissed September 28, 1953.)

BEFORE THE FIRST DIVISION, NOVEMBER 24, 1953

**No. 57634.**—Sprouse-Reitz Co., Inc. *v.* United States, protests 97574–K, etc. (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 57635.**—Sprouse-Reitz Co., Inc. *v.* United States, protest 100546–K (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.

**No. 57636.**—Geo. S. Bush & Co., Inc., et al. *v.* United States, protests 159855–K, etc. (Seattle).

Opinion by OLIVER, C. J. It was stipulated that the merchandise and the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519). In accordance with stipulation of counsel and following the cited case, the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 57637.**—Selsi Co., Inc., et al. *v.* United States, protests 189132–K, etc. (New York).